# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Elaine C. Kinnard and Stephanie L. Fay, as Co-Trustees of The Charles T. & Ruth Fay Inter Vivos Trust dated 9/14/1987, as Amended and Re-stated by Order dated 12/10/2008,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Hess Bakken Investments II, LLC,<br><br>　　　　Defendant. | **ORDER**<br><br>Case No. 1:18-cv-243 |

On November 4, 2019, the parties filed a Joint Motion to Revise Case Schedule. The court **GRANTS** the motion (Doc. No. 10). The parties shall have until January 10, 2020, to complete fact discovery and to file discovery motions. The parties shall have until February 12, 2020, to file dispositive motions. The jury trial scheduled for June 16, 2020, shall be reset as a bench trial.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2019.

　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court